IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAKODA BLU WADE IRON SHIRT,<br><br>Defendant. | CR 20-68-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Dakoda Blu Wade Iron Shirt (Iron Shirt) has been accused of violating the conditions of his supervised release. Iron Shirt admitted the alleged violation. Iron Shirt's supervised release should be revoked. Iron Shirt should be placed in custody for 2 months, with 46 months of supervised release to follow. Iron Shirt should receive credit for time served. Iron Shirt's supervised release conditions should include a requirement that he successfully complete a mental health treatment program, as directed by his probation officer. Iron Shirt should not be required to reside in a residential re-entry center while on supervised release.

## II. Status

Iron Shirt pleaded guilty to Distribution of Methamphetamine on February 4, 2021. (Doc. 20). The Court sentenced Iron Shirt to 20 months of custody, followed by 4 years of supervised release. (Doc. 27). Iron Shirt's current term of supervised release began on February 1, 2022. (Doc. 29 at 1).

**Petition**

The United States Probation Office filed a Petition on May 27, 2022, requesting that the Court revoke Iron Shirt's supervised release. (Doc. 29). The Petition alleged that Iron Shirt had violated the conditions of his supervised release by failing to successfully complete his 180-day term at the Great Falls Residential Re-Entry Center.

**Initial appearance**

Iron Shirt appeared before the undersigned for his initial appearance on June 7, 2022. Iron Shirt was represented by counsel. Iron Shirt stated that he had read the petition and that he understood the allegations. Iron Shirt waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on June 7, 2022. Iron Shirt

admitted that he had violated the conditions of his supervised release by failing to successfully complete his 180-day term at the Great Falls Residential Re-Entry Center. The violation is serious and warrants revocation of Iron Shirt's supervised release.

Iron Shirt's violation is a Grade C violation. Iron Shirt's criminal history category is I. Iron Shirt's underlying offense is a Class B felony. Iron Shirt could be incarcerated for up to 36 months. Iron Shirt could be ordered to remain on supervised release for up to 48 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Iron Shirt's supervised release should be revoked. Iron Shirt should be incarcerated for 2 months, with 46 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Iron Shirt should receive credit for time served. Iron Shirt's supervised release conditions should include a requirement that he successfully complete a mental health treatment program, as directed by his probation officer. Iron Shirt should not be required to reside in a residential re-entry center while on supervised release.

### IV. Conclusion

The Court informed Iron Shirt that the above sentence would be

3

recommended to United States District Judge Brian Morris. The Court also informed Iron Shirt of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Iron Shirt that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Dakoda Blu Wade Iron Shirt violated the conditions of his supervised release by failing to successfully complete his 180-day term at the Great Falls Residential Re-Entry Center.

The Court **RECOMMENDS:**

> That the District Court revoke Iron Shirt's supervised release and commit Iron Shirt to the custody of the United States Bureau of Prisons for 2 months, with 46 months of supervised release to follow. Iron Shirt should receive credit for time served. Iron Shirt's supervised release conditions should include a requirement that he successfully complete a mental health treatment program, as directed by his probation officer. Iron Shirt should not be required to reside in a residential re-entry center while on supervised release.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and

4

Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 8th day of June, 2022.

/s/ John Johnston
John Johnston
United States Magistrate Judge