IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAKODA BLU WADE IRON SHIRT,<br><br>Defendant. | CR-20-68-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 8, 2022. (Doc. 36.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 7, 2022. (Doc. 131.) The United States accused Dakoda Blu Wade Iron Shirt (Iron Shirt) of violating his

conditions of supervised release by failing to successfully complete his 180-day term at the Great Falls Residential Re-Entry Center. (Doc. 29.)

At the revocation hearing, Iron Shirt admitted that he had violated the conditions of his supervised release by failing to successfully complete his 180-day term at the Great Falls Residential Re-Entry Center. (Doc. 31.) Judge Johnston found that the violation Iron Shirt admitted proved to be serious and warranted revocation, and recommended that Iron Shirt receive a custodial sentence of 2 months, with 46 months of supervised release to follow. Judge Johnston recommended Iron Shirt receive credit for time served and that Iron Shirt's release conditions include a requirement that he successfully complete a mental health treatment program as directed by his probation officer. (Doc. 36 .) Iron Shirt was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 31.)

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 36) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Dakoda Blu Wade Iron Shirt be sentenced to the Bureau of Prisons for 2 months, with credit for time served, with 46 months of supervised release to follow.

DATED this 24th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court